## SUPREME COURT—IN PROBATE.

In the Matter of the Will of Hewahewa, deceased.—Motion
for a New Hearing.

The Court adhered to the rule, established in the case of Walker *vs.* Grimes,
(1st Hawaiian Reports, page 34), that a motion for a new hearing, on the
ground of newly discovered material evidence, must be supported by the
affidavits of the newly discovered witnesses as to what they could testify.

Judge ROBERTSON delivered the decision of the Court as
follows :

The application for probate of the will of Hewahewa was
originally made to the Circuit Judge of the Island of Maui,
who,'after a formal hearing, rejected the will.   The applicant
then appealed from his decision, to the Supreme Court.   The
appeal was heard by this Court in the month of February last,
and the judgment of the Circuit Judge was affirmed.

The applicant now moves the Court to grant a new hearing,
on the ground of newly discovered material evidence.   In sup-
port of this motion, Patrick Shaw, the husband of the applicant,
presents a general affidavit, stating in substance, that since the
former hearing in this Court, it has come to his knowledge that
there are witnesses living on the Island of Oahu, who were un-
known to him at the time of the former hearing, and whose
testimony is important to the establishment of the validity of
the will.   Shaw also states some of the facts which he believes
he would be able to prove upon a new hearing.

The motion for a new hearing is not supported by the affi-
davits of any of the newly discovered witnesses, as to what
they could testify ; nor are the names even of any of those
witnesses specified in the affidavit of Shaw.

It is unnecessary therefore for us to examine the merits of
the proposed new evidence, or the question of the applicant's
diligence, in order to decide upon the motion, because of the
well established rule, which has been adhered to, we believe,
ever since the case of Walker *vs.* Grimes (1st Hawaiian Re-
ports, page 34), that applications like the present should be
accompanied by the affidavits of the witnesses to the newly

discovered evidence, unless good cause is shown why such affidavits have not been obtained ; and in any case the names of the witnesses should be specified, together with the substance of what each of them would testify.

The motion is refused.

Messrs. Blair and Harris, for appellant.

Mr. Bates, for appellee.